# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 806 MAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| JALENE R. MCCLURE | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: RETIRED JUDGE | : | |
| BRADLEY P. LUNSFORD | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA | : | No. 807 MAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| JALENE R. MCCLURE | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: RETIRED JUDGE | : | |
| BRADLEY P. LUNSFORD | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.